◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN TUITT, Appellant. [949 NYS2d 633]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Westchester County, rendered March 30, 2006.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Florio, J.P., Leventhal, Hall and Miller, JJ., concur.